UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 20-475 (MCA) |
| | : | |
| BRENDA SMITH | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Catherine Murphy, Assistant United States Attorney), and defendant Brenda Smith (by Kevin Carlucci, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including October 1, 2021, to allow the parties time to enter the defendant's guilty plea; and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and the defendant, through her attorney, having consented to the continuance; and one prior continuance having been entered as well as standing orders; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant has consented to the aforementioned continuance;

(2) The parties desire time to enter the defendant's guilty plea;

(3)     The grant of a continuance likely will conserve judicial resources; and;

(4)     As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 2nd day of September, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including October 1, 2021; and it is further

ORDERED that the period from the date this Order is signed through and including October 1, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE MADELINE COX ARLEO
United States District Judge

Consented and Agreed to by:

/s/ Catherine R. Murphy
_____
Catherine Murphy
Assistant U.S. Attorney

_____
Kevin Carlucci
Assistant Federal Public Defender
Counsel for Defendant Brenda Smith