

**U.S. Department of Justice**

United States Attorney
District of New Jersey

---

*ALINA HABBA*
*UNITED STATES ATTORNEY*

*Jordan M. Anger*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*jordan.anger@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2829*
*fax:   (973) 645-3210*

July 24, 2025

**VIA ECF**
The Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King Building & U.S. Court House
50 Walnut Street
Newark, New Jersey 07101

      Re: *United States v. Brenda Smith,* Criminal Number: 20-475 (MCA)

Dear Judge Arleo:

      I am an Assistant United States Attorney assigned to the Bank Integrity, Money Laundering, and Asset Recovery Unit and I am responsible for the enforcement and collection of the restitution ordered in the above-referenced case. The United States respectfully submits this letter to withdraw its motion for a turnover order. *See* Dkt. #48.

      The United States has been advised that the defendant was released from BOP custody on May 6, 2025. As a result, any funds in her BOP Trust Account were released to her. Accordingly, the Government's motion for a turnover order is now moot.

      Therefore, the Government formally withdraws its motion for a turnover order.

      Respectfully submitted,

      ALINA HABBA
      United States Attorney

By:  *s/ Jordan M. Anger*
      JORDAN M. ANGER
      Assistant United States Attorney